UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 1 hour |
| Date: | February 22, 2022 | | |
| Case No.: | **4:21-cr-00186-JST-3** | | |

**United States of America**  v.  **Amara Merritt**

☐ Defendant
☑ Present
☐ Not Present
☐ In Custody

David Ward                                           Ann McGlenon
U.S. Attorney                                        Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee          Reporter: Raynee Mercado

## *PROCEEDINGS*

Change of Plea - hearing held.

## *RESULT OF HEARING*

1. The plea agreement was emailed to the Court and signed on behalf of parties. The Defendant was sworn. The Court found the Defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The Court found a factual basis for the plea. The Defendant entered a plea of guilty as to Count One and Four of the Indictment The plea is accepted but the Court orders that no judgment of conviction be entered pending successful completion of diversion.
2. Defendant has entered into a diversion agreement with the Government.
3. Status conference set for June 17, 2022 at 9:30 a.m. via Zoom videoconference.
4. Withdrawal of plea hearing set for February 24, 2023 at 9:30 a.m in courtroom 6, 2nd floor, Oakland.